# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES KNOWN AS:

**9-C Central Avenue
Glen Burnie, Maryland 21060**

SEARCH WARRANT

CASE NUMBER:

**13-0076SAG**

TO: DEA Task Force Officer Matthew Wires.
and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**9-C Central Avenue, Glen Burnie, Maryland 21060**, further described as a small commercial strip shopping center covered in reddish brown brick. It is a one story establishment, and above the large window on the front of the property, is a canopy facade with a white sign with green letters that says "Let 'Em Loose Bail Bonds" embedded in the facade. Facing the property, to the left of the window is a single glass door, with green letters repeating the sign. Above that sign on the glass door, is written "9 C." Facing the property, to the right is a "hair studio."

- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment C

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant, **without the need to, in advance, knock and announce their presence.**

YOU ARE HEREBY COMMANDED to search on or before  1/28/13
                                                  Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

1/14/13 _____ at Baltimore, Maryland
Date and Time Issued
11:12 am

The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#14) AUSAs Carey/Smith

| | **RETURN** | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1-14-13 | DATE AND TIME WARRANT EXECUTED<br>1-15-13   0626 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Anthony Seen |
| INVENTORY MADE IN THE PRESENCE OF  Anthony Seen | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_signature_

Subscribed, sworn to, and returned before me this date.

_____     _____
U.S Judge or Magistrate              Date

Location "A", front right office

1. Mossberg 12 ga. Shotgun S/N T256084 (in corner behind desk "A")
2. Taser X26 W/black taser holster (top right drawer desk "A")
3. bank record and tax returns (drawer in desk "B")
4. invoice Books (Desk "B" bottom left drawer)
5. receipt books (Desk "A" top right drawer)
6. receipt books (Desk "C" top of desk)
7. misc. files (bookshelf behind desk "A")
8. misc. file (top of desk "A")
9. deposit records (top of desk "A")
10. bank/ tax records (brown file cabinet)
11. client records (brown filing cabinet)
12. bank/ tax records (desk "C" bottom right drawer)
13. sport poster advertisement (brown file cabinet)
14. CD's, Misc. documents (top and drawers of desk "A")
15. notes, documents, "bail enforcement" badge (shelves/behind desk "D")
16. files, receipts, documents (desk "E")
17. HP "slim line" computer tower S/N MXU202001B4 (cabinet desk "A")
18. documents, DVD, key, brown briefcase w/files(drawers/corkboard desk "B")
19. documents, call logs (DVR stand)
20. Lorex DVR box S/N DK07120401376 (DVR stand)
21. documents, logs, receipts (top/drawers desk "C")
22. HP "pavilion" computer tower S/N 4CE11604QH (cabinet desk "C")
23. Alienware computer tower S/N F85TMS1 (under desk "B")
24. "Morphie" juice pack S/N TR123349370-RD (under desk "B")
25. receipts (window sill by file cabinet)
26. HP scanner/copier S/N CN0CIBK0PR (top of desk "E")
27. holsters, badges, lapel mic attachment (top of desk "B")
28. "Hagor" ballistic vest (chair behind desk "B")

Location "B", back common room

1. "Royal sovereign" electronic bill counter (back wall shelves)
2. food saver 11" heat seal bags RBC-1003BK (back wall shelves)

3. "point blank" and "CPA" ballistic vests (floor near safe)
4. (3) Glock .40 cal. Pistol magazines w/ammo (floor near safe)
5. "let' em loose bailbonds" badge (floor near safe)
6. U.S. passport "Gonzalez, Santiago Luengas" (inside safe)
7. Puerto Rico birth certificate "Rivera, Christian Jorge" (inside safe)
8. IBM computer tower S/N 156579NBU23WW984 (back closet